```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALLSTATE INDEMNITY CO. as      :
subrogee of STEVEN CLAUSER     :
                               :
          Plaintiff,           :    CIVIL ACTION
                               :
     v.                        :    No. 10-CV-5360
                               :
BRANDY MARTIN and              :
DUSTIN MARTIN,                 :
                               :
          Defendants.          :
```

## ORDER

AND NOW, this 12th day of July, 2011, upon consideration of Defendants' Motion for Leave to File a Third-Party Complaint (Doc. No. 13), and Plaintiff's response in opposition thereto (Doc. No. 14), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that Defendants' Motion for Leave to File a Third-Party Complaint is DENIED.

                              BY THE COURT:


                              s/J. Curtis Joyner
                              J. CURTIS JOYNER, C.J.